**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRAGMATUS AV, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PANASONIC CORPORATION OF<br>NORTH AMERICA, et al.,<br><br>    Defendants. | C.A. No. 11-cv-1091-LPS-CJB<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff and Defendants, having settled their disputes in this action, hereby stipulate to dismiss with prejudice all claims and counterclaims asserted between Plaintiff and Defendants in this action. Each side shall bear its own costs, expenses, and attorneys' fees.

Dated: September 26, 2013            Respectfully submitted,

FARNAN LLP                           DLA PIPER LLP

/s/ Brian E. Farnan                  /s/ Denise S. Kraft
Brian E. Farnan (#4089)              Denise S. Kraft (#2778)
919 N. Market Street, 12th Floor     Aleine M. Porterfield (#5053)
Wilmington, DE 19081-3032            Brian A. Biggs (#5591)
(302) 777-0300                       DLA Piper LLP
bfarnan@farnanlaw.com                919 N. Market Street, Suite 1500
                                     Wilmington, DE 19801
*Attorneys for Plaintiff*            (302) 468-5700
                                     denise.kraft@dlapiper.com
                                     aleine.porterfield@dlapiper.com
                                     brian.biggs@dlapiper.com

                                     *Attorneys for Defendants*

    IT IS SO ORDERED on this _____ day of _____, 2013.

                                     _____
                                     The Honorable Christopher J. Burke